IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS BANG, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ACURA PHARMACEUTICALS, INC., et al.,<br><br>        Defendants. | Case No.: 1:10-cv-05757<br><br>Judge Virginia M. Kendall |

### DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the

General Rules of the United States District Court for the Northern District of Illinois, Defendant

Acura Pharmaceuticals, Inc. hereby discloses that it has no public parent corporation, that no

publicly held corporation owns 10% or more of its stock, and that is has no publicly held

affiliates, as that term is defined under Local Rule 3.2.


Dated: October 28, 2010

      By:  /s/_Sean M Berkowitz_____
           LATHAM & WATKINS LLP
           Sean M. Berkowitz
           233 South Wacker Drive  Suite 5800
           Chicago, IL  60606
           Telephone: (312) 876-7700
           FAX: (312) 993-9767
             -and-
           J. Christian Word
           555 Eleventh Street, NW, Suite 1000
           Washington, DC  20004
           Telephone: (202) 637-2200
           FAX: (202) 637-2201

           *Attorneys for Defendants Acura Pharmaceuticals, Inc., Andrew D. Reddick, Peter A. Clemens, Ron J. Spivey and Robert Jones*

## CERTIFICATE OF SERVICE

I, Sean Berkowitz, hereby certify that on October 28, 2010, I caused the foregoing

DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES to be filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

parties indicated on the electronic filing receipt.

                                            /s/ Sean Berkowitz
                                            Sean Berkowitz