IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS BANG, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACURA PHARMACEUTICALS, INC., ANDREW D. REDDICK, PETER A. CLEMENS, RON J. SPIVEY and ROBERT JONES<br><br>Defendants. | Case No.: 1:10-cv-05757 |

## JOINT STIPULATION

WHEREAS, on September 10, 2010, plaintiff Chris Bang filed a complaint captioned *Bang v. Acura Pharmaceuticals, Inc., et al.*, No. 1:10-cv-05757, a securities fraud class action, which was assigned to The Honorable Virginia M. Kendall;

WHEREAS, defendants in this action have accepted service of the complaint;

WHEREAS, additional related actions may hereafter be filed;

WHEREAS, this stipulation is entered into on behalf of Mr. Bang by Freed & Weiss LLC and Scott+Scott LLP, and on behalf of Acura Pharmaceuticals, Inc., Andrew D. Reddick, Peter A. Clemens, Ron J. Spivey and Robert Jones by Latham & Watkins LLP, but shall be for the benefit of all current and future plaintiffs and defendants, both named and unnamed;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4(a)(3)(B)(ii)), the Court must consolidate related actions before appointing lead plaintiff and lead counsel; and

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy, defendants should be permitted to withhold responding to any of the related actions until after lead plaintiff and lead counsel are appointed and an operative complaint is filed or designated.

## STIPULATION

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1. Defendants, including all defendants both named and unnamed (hereinafter collectively referred to as "Defendants"), need not answer, move against or otherwise respond to the complaint until an operative complaint is filed or so-designated by the putative class member appointed by the Court as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B);

2. The Lead Plaintiff shall either serve an amended complaint or deem the existing complaint the operative complaint ("Operative Complaint") within 60 days of entry of the Court's Order appointing such Lead Plaintiff and designating Lead Counsel;

3. Defendants shall answer, move against or otherwise respond to the Operative Complaint 60 days after service or designation of the Operative Complaint;

4. If Defendants move to dismiss the Operative Complaint, the Lead Plaintiff shall serve an opposition memorandum within 60 days of service of Defendants' motion to dismiss and Defendants shall serve any reply memoranda within 30 days after service of the Lead Plaintiff's opposition memorandum; and

5. Pursuant to 15 U.S.C. §78u-4(b)(3)(B), all discovery shall be stayed unless and until the Court denies Defendants' motion to dismiss the Operative Complaint. During the pendency of the Reform Act's discovery stay, Defendants shall comply with the 15 U.S.C. §78u-4(b)(3)(C)(i) provisions concerning document preservation.

6. By entering into this stipulation, Defendants expressly preserve, and do not waive, any and all defenses.

Dated: 10/26/10

By: _____
FREED & WEISS LLC
Jeffrey A. Leon
111 West Washington Street, Suite 1331
Chicago, IL 60602
Telephone: (312) 220-0000
Fax: (312) 220-7777

SCOTT+SCOTT LLP
Arthur L. Shingler III
Mary K. Blasy
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Fax: (619) 233-0508

-and-

David R. Scott
156 South Main Street
Colchester, CT 06415
Telephone: (860) 537-3818
Fax: (860) 547-4432

*Attorneys for Plaintiff Chris Bang*

By: /s/Sean M. Berkowitz
LATHAM & WATKINS LLP
Sean M. Berkowitz
233 South Wacker Drive Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
FAX: (312) 993-9767

-and-

J. Christian Word
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
FAX: (202) 637-2201

*Attorneys for Defendants Acura Pharmaceuticals, Inc., Andrew D. Reddick, Peter A. Clemens, Ron J. Spivey and Robert Jones*


SO ORDERED:


_____, U.S.D.J.
Hon. Virginia M. Kendall

DC\1339106.3