# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

_Glenn Farmer_ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Acura Pharmaceuticals Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Acura Pharmaceuticals Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _11-8_, 2010

_____
Movant Signature

_Glenn Farmer_
Printed Name

**LIST OF ALL TRANSACTIONS OF GLENN FARMER IN SECURITIES OF ACURA PHARMACEUTICALS DURING THE CLASS PERIOD**

| Transaction Date | Transaction Type | Number of Shares* | Share Price* |
|---|---|---|---|
| 2/8/2007** | Purchase | 72 | $7.50 |
| 3/2/2007 | Purchase | 928 | $8.50 |
| 3/19/2007** | Purchase | 1000 | $8.90 |
| 4/17/2007 | Purchase | 359.2 | $8.20 |
| 4/18/2007 | Purchase | 640.8 | $8.20 |
| 6/21/2007** | Purchase | 500 | $8.00 |
| 6/22/2007** | Purchase | 500 | $8.00 |
| 11/28/2007** | Purchase | 50 | $7.10 |
| 11/28/2007** | Purchase | 50 | $7.20 |
| 11/30/2007** | Purchase | 900 | $7.20 |

*Purchase Price and Number of Shares for purchases before December 5, 2007 are adjusted for 1:10 reverse stock split on that date.

**Indicates settlement date of trade rather than purchase date.

## CERTIFICATION PURSUANT TO SECURITIES LAWS

JOHN E CLARK JR (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Acura Pharmaceuticals Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Acura Pharmaceuticals Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Nov. 7, 2010

_[signature]_
Movant Signature

JOHN E CLARK JR
Printed Name

**LIST OF ALL TRANSACTIONS OF JOHN CLARK IN SECURITIES OF ACURA PHARMACEUTICALS DURING THE CLASS PERIOD**

| Transaction Date | Transaction Type | Number of Shares* | Share Price* |
|---|---|---:|---:|
| 3/9/2006 | Purchase | 262 | $7.20 |
| 3/13/2006 | Purchase | 115.3 | $8.56 |
| 4/13/2006 | Purchase | 500 | $5.50 |
| 4/13/2006 | Purchase | 384 | $5.50 |
| 5/5/2006 | Purchase | 500 | $5.64 |
| 5/5/2006 | Purchase | 500 | $5.65 |
| 7/11/2006 | Purchase | 350 | $7.30 |
| 9/27/2006 | Purchase | 250 | $7.09 |
| 9/27/2006 | Purchase | 385 | $7.17 |
| 1/22/2007 | Purchase | 194 | $7.90 |
| 4/23/2007 | Purchase | 850 | $8.30 |
| 4/23/2007 | Purchase | 250 | $8.40 |
| 4/23/2007 | Purchase | 250 | $8.12 |
| 5/17/2007 | Purchase | 1001.3 | $8.20 |
| 1/28/2008 | Purchase | 487 | $6.35 |
| 1/28/2008 | Purchase | 13 | $6.35 |
| 1/28/2008 | Purchase | 1000 | $6.35 |
| 1/28/2008 | Purchase | 500 | $6.35 |
| 5/6/2008 | Purchase | 100 | $9.05 |
| 5/6/2008 | Purchase | 100 | $9.12 |
| 5/15/2008 | Purchase | 675 | $9.30 |
| 5/15/2008 | Purchase | 100 | $9.12 |
| 6/18/2008 | Purchase | 30 | $9.20 |
| 2/8/2010 | Purchase | 1000 | $4.61 |

*Purchase Price and Number of Shares for purchases before December 5, 2007 are adjusted for 1:10 reverse stock split on that date.

## CERTIFICATION PURSUANT TO SECURITIES LAWS

__John R Sliwa__ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Acura Pharmaceuticals Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Acura Pharmaceuticals Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __11/08__, 2010

_____
Movant Signature

__John R Sliwa__
Printed Name

**LIST OF ALL TRANSACTIONS OF JOHN SILWA IN SECURITIES OF ACURA PHARMACEUTICALS DURING THE CLASS PERIOD**

| Transaction Date | Transaction Type | Number of Shares | Share Price |
|---|---|---|---|
| 4/20/2010 | Purchase | 6010 | $8.30 |

**Losses of Acura Shareholder Investors Group due to investments in Acura Pharmaceuticals**

GLENN FARMER:

| Purchase Date | Purchase Price* | Number of Shares* | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 2/8/2007** | $7.50 | 72 | 540 | held | 3.128387 | 225.2439 | ($314.76) |
| 3/2/2007 | $8.50 | 928 | 7888 | held | 3.128387 | 2903.143 | ($4,984.86) |
| 3/19/2007** | $8.90 | 1000 | 8900 | held | 3.128387 | 3128.387 | ($5,771.61) |
| 4/17/2007 | $8.20 | 359.2 | 2945.44 | held | 3.128387 | 1123.717 | ($1,821.72) |
| 4/18/2007 | $8.20 | 640.8 | 5254.56 | held | 3.128387 | 2004.67 | ($3,249.89) |
| 6/21/2007** | $8.00 | 500 | 4000 | held | 3.128387 | 1564.194 | ($2,435.81) |
| 6/22/2007** | $8.00 | 500 | 4000 | held | 3.128387 | 1564.194 | ($2,435.81) |
| 11/28/2007** | $7.10 | 50 | 355 | held | 3.128387 | 156.4194 | ($198.58) |
| 11/28/2007** | $7.20 | 50 | 360 | held | 3.128387 | 156.4194 | ($203.58) |
| 11/30/2007** | $7.20 | 900 | 6480 | held | 3.128387 | 2815.548 | ($3,664.45) |
| **Total** | | 5000 | | | | | ($25,081.06) |

JOHN E. CLARK, JR.

| Purchase Date | Purchase Price* | Number of Shares* | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 3/9/2006 | $7.20 | 262 | 1886.4 | held | 3.128387 | 819.6374 | ($1,066.76) |
| 3/13/2006 | $8.56 | 115.3 | 986.968 | held | 3.128387 | 360.703 | ($626.26) |
| 4/13/2006 | $5.50 | 500 | 2750 | held | 3.128387 | 1564.194 | ($1,185.81) |
| 4/13/2006 | $5.50 | 384 | 2112 | held | 3.128387 | 1201.301 | ($910.70) |
| 5/5/2006 | $5.64 | 500 | 2820 | held | 3.128387 | 1564.194 | ($1,255.81) |
| 5/5/2006 | $5.65 | 500 | 2825 | held | 3.128387 | 1564.194 | ($1,260.81) |
| 7/11/2006 | $7.30 | 350 | 2555 | held | 3.128387 | 1094.935 | ($1,460.06) |
| 9/27/2006 | $7.09 | 250 | 1772.5 | held | 3.128387 | 782.0968 | ($990.40) |
| 9/27/2006 | $7.17 | 385 | 2760.45 | held | 3.128387 | 1204.429 | ($1,556.02) |
| 1/22/2007 | $7.90 | 194 | 1532.6 | held | 3.128387 | 606.9071 | ($925.69) |
| 4/23/2007 | $8.30 | 850 | 7055 | held | 3.128387 | 2659.129 | ($4,395.87) |
| 4/23/2007 | $8.40 | 250 | 2100 | held | 3.128387 | 782.0968 | ($1,317.90) |
| 4/23/2007 | $8.12 | 250 | 2030 | held | 3.128387 | 782.0968 | ($1,247.90) |
| 5/17/2007 | $8.20 | 1001.3 | 8210.66 | held | 3.128387 | 3132.454 | ($5,078.21) |
| 1/28/2008 | $6.35 | 487 | 3092.45 | held | 3.128387 | 1523.525 | ($1,568.93) |
| 1/28/2008 | $6.35 | 13 | 82.55 | held | 3.128387 | 40.66903 | ($41.88) |
| 1/28/2008 | $6.35 | 1000 | 6350 | held | 3.128387 | 3128.387 | ($3,221.61) |
| 1/28/2008 | $6.35 | 500 | 3175 | held | 3.128387 | 1564.194 | ($1,610.81) |
| 5/6/2008 | $9.05 | 100 | 905 | held | 3.128387 | 312.8387 | ($592.16) |
| 5/6/2008 | $9.12 | 100 | 912 | held | 3.128387 | 312.8387 | ($599.16) |
| 5/15/2008 | $9.30 | 675 | 6277.433 | held | 3.128387 | 2111.661 | ($4,165.77) |
| 5/15/2008 | $9.12 | 100 | 912 | held | 3.128387 | 312.8387 | ($599.16) |
| 6/18/2008 | $9.20 | 30 | 276 | held | 3.128387 | 93.85161 | ($182.15) |
| 2/8/2010 | $4.61 | 1000 | 4610 | held | 3.128387 | 3128.387 | ($1,481.61) |
| **Total** | | 9796.6 | | | | | ($37,341.45) |

JOHN R. SLIWA

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 4/20/2010 | $8.30 | 6010 | 49883 | held | 3.128387 | 18801.61 | ($31,081.39) |
| **Total** | | 6010 | | | | | ($31,081.39) |

| | |
|---|---|
| **Total Losses of Group** | **($93,503.91)** |
| **Total Shares Purchased by Group*** | **20806.6** |

*Purchase Price and Number of Shares for purchases before December 5, 2007 are adjusted for 1:10 reverse stock split on that date.
**Indicates settlement date of trade rather than purchase date.