**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRIS BANG, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACURA PHARMACEUTICALS, INC., ANDREW D. REDDICK, PETER A. CLEMENS, RON J. SPIVEY and ROBERT JONES<br><br>Defendants. | Case No.: 1:10-cv-05757 |

**JOINT STIPULATION**

WHEREAS, on September 10, 2010, Plaintiff Chris Bang filed the above-captioned securities fraud class action in this District on behalf of purchasers of the common stock of Acura Pharmaceuticals, Inc. ("Acura" or the "Company") between February 21, 2006 and April 22, 2010, inclusive (the "Class Period"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78j(b) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5), which was assigned to The Honorable Virginia M. Kendall;

WHEREAS, on November 9, 2010, two movants – Chris Bang and the Acura Shareholder Investor Group – timely moved this Court for an Order for appointment as lead plaintiff and approval of selection of lead counsel pursuant to §21D(a)(3)(B) of the Exchange Act;

WHEREAS, this stipulation is entered into on behalf of all parties and lead plaintiff movants by their undersigned counsel;

WHEREAS, the parties and lead plaintiff movants believe that, for reasons of judicial efficiency and economy, an agreed-to briefing schedule on the pending motions should be established obviating the need for a presentment hearing on the pending motions seeking to establish a leadership structure.

## STIPULATION

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate to the following schedule, subject to approval of the Court:

1. Any oppositions to the pending motions shall be filed on or before November 29, 2010;

2. Any replies in support of the pending motions shall be filed on or before December 9, 2010;

3. The Court shall hear oral argument on the pending motions for leadership on December 20, 2010 at 9:00 a.m., or as soon thereafter as the Court can hear these motions; and

4. The presentment hearing currently scheduled for November 15, 2010 on the Acura Shareholder Investor Group's motion and the December 2, 2010 hearing currently scheduled on Chris Bang's motion shall be vacated.

Dated: November 11, 2010                                        Dated: November 11, 2010

By: /s/ Jeffrey A. Leon                                         By: /s/ Matthew T. Heffner
    by Mary K. Blasy with permission                          by Mary K. Blasy with permission
    FREED & WEISS LLC                                            SUSMAN HEFFNER & HURST LLP
    Jeffrey A. Leon                                              Matthew T. Heffner
    Paul Weiss                                                   20 South Clark Street, Suite 600
    111 West Washington Street, Suite 1331                       Chicago, Illinois 60603
    Chicago, IL 60602                                            Telephone: (312) 346-3466
    Telephone: (312) 220-0000                                    Facsimile: (312) 346-2829
    Fax: (312) 220-7777

- 2 -

| | |
|---|---|
| *Local Counsel for Plaintiff and Lead Plaintiff Movant Chris Bang* | *Local Counsel for Lead Plaintiff Movant the Acura Shareholder Investor Group* |
| SCOTT+SCOTT LLP<br>Arthur L. Shingler III<br>Mary K. Blasy<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br>Fax: (619) 233-0508 | KAHN SWICK & FOTI, LLC<br>Kim E. Miller<br>500 5th Avenue, Suite 1810<br>New York, NY 10110<br>Telephone: (212) 696-3730<br>Facsimile: (504) 455-1498 |
| -and- | -and- |
| David R. Scott<br>156 South Main Street<br>Colchester, CT 06415<br>Telephone: (860) 537-3818<br>Fax: (860) 547-4432 | Lewis S. Kahn<br>206 Covington Street<br>Madisonville, LA 70447<br>Telephone: (504) 455-1400<br>Facsimile: (504) 455-1498 |
| *Counsel for Plaintiff and Proposed Lead Counsel for Lead Plaintiff Movant Chris Bang* | *Proposed Lead Counsel for Lead Plaintiff Movant the Acura Shareholder Investor Group* |

Dated: November 11, 2010

By: /s/ Sean M. Berkowitz
 by Mary K. Blasy with permission

LATHAM & WATKINS LLP
Sean M. Berkowitz
233 South Wacker Drive Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
FAX: (312) 993-9767

  -and-

J. Christian Word
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
FAX: (202) 637-2201

*Attorneys for Defendants Acura Pharmaceuticals, Inc., Andrew D. Reddick, Peter A. Clemens, Ron J. Spivey and Robert Jones*

SO ORDERED:


_____, U.S.D.J.
Hon. Virginia M. Kendall

- 3 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 11, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 11, 2010.

              /s/    Mary K. Blasy
              MARY K. BLASY
              SCOTT+SCOTT LLP
              707 Broadway, Suite 1000
              San Diego, CA 92101
              Telephone: 619-233-4565
              Fax: 619-233-0508
              E-mail: mblasy@scott-scott.com