# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Chris Bang

                              Plaintiff,

v.
                                            Case No.: 1:10–cv–05757
                                            Honorable Virginia M. Kendall

Acura Pharmaceuticals, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 15, 2010:

       MINUTE entry before Honorable Virginia M. Kendall:Pursuant to joint stipulation, Defendant Acura Shareholder Investor Groups motion to consolidate future related actions, to be appointed lead plaintiff, and to approve lead plaintiff's choice of counsel [20]and plaintiff's motion for appointment as lead plaintiff and approval of his selection of lead and liaison counsel [16] are entered and briefed as follows: Responses due by 11/29/2010. Replies due by 12/9/2010. Oral argument set for 12/20/2010 at 09:30 AM. Each side will be allotted ten minutes.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.