**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Chris Bang, et al.
                          Plaintiff,

v.                                      Case No.: 1:10–cv–05757
                                      Honorable Virginia M. Kendall

Acura Pharmaceuticals, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 28, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 4/28/2011 and continued to 9/29/2011 at 9:00 a.m. for ruling. Defendant's oral motion for leave to exceed page limit is granted to 25 pages for both sides.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.