**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Chris Bang
                                      Plaintiff,

v.                                                         Case No.: 1:10−cv−05757
                                                                  Honorable Virginia M. Kendall

Acura Pharmaceuticals, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 15, 2011:

      MINUTE entry before Honorable Virginia M. Kendall: MOTION by Movant Acura Shareholder Investors Group to substitute party[74] is granted. Ms. Jennifer Reddick is the Executrix of the Estate of Mr. Reddick. Her name should be substituted as the proper defendant in place of Andrew D. Reddick. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.