UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ACURA PHARMACEUTICALS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) Case No. 1:10-CV-05757-VK<br><br>Honorable Virginia M. Kendall |

**DECLARATION OF MATTHEW T. HEFFNER**

I, Matthew T. Heffner, hereby declare as follows:

1. I am a member of the law firm of Susman Heffner & Hurst LLP ("SHH"). I am a member in good standing of the bar the state of Illinois and am admitted to practice before this Court. I submit this Declaration in support of the request for attorney's fees and expenses of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the Class and SHH as Local Counsel for the Class.

2. My firm has extensive experience in class action litigation in this district and across the country. In fact, well over 90% of our cases are class actions, and all of those are on behalf of plaintiffs. For more information on our firm, I have attached our firm resume as Exhibit C.

3. Based on contemporaneous records regularly kept by my firm and compiled in anticipation of the request for fees and expenses, my firm has expended 95.75 hours of attorney and professional time totaling $40,375.00. A breakdown of this total is attached as Exhibit A.

4. Our hourly rates, listed in Exhibit A, have been approved by several courts, including most recently *Young v. Verizon*, No. 05-7314 (N.D. Ill. 2011) and *In re Netezza Corp. S'holder Litig.*, No. 5858-VCS (Del. Ch. 2011).

1

5. My firm incurred a total of $796.50 in expenses in connection with the prosecution of this litigation. (See Ex. B.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of January 2012 in Chicago, Illinois.

_____
Matthew T. Heffner