**SUSMAN HEFFNER & HURST LLP**

SUITE 600
TWO FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603

GLENN L. HARA
MATTHEW T. HEFFNER
MATTHEW T. HURST
ARTHUR T. SUSMAN
―――
WILLIAM T. GOTFRYD
OF COUNSEL

TELEPHONE
(312) 346-3466

FACSIMILE
(312) 346-2829

WWW.SHHLLP.COM

# SUSMAN HEFFNER & HURST LLP

## FIRM RESUME

Susman Heffner & Hurst LLP prosecutes complex and class action litigation on behalf of individuals, corporations, and institutions. Located in Chicago, Illinois, Susman Heffner & Hurst LLP practices in federal and state courts across the nation, and its attorneys have secured multi-million dollar recoveries in the areas of securities fraud, ERISA, corporate governance, antitrust, trespass, and constitutional law. The firm is composed of the following attorneys:

## **PARTNERS**

ARTHUR T. SUSMAN has more than 50 years of trial and appellate experience. Mr. Susman has been active in the Securities Committee of the Chicago Bar Association and was Chairman of the Rule 10b-5 Subcommittee. One of his early published articles appears in the ABA Selected Articles on Closely Held Enterprises collection, and he lectures and has had numerous articles published in the securities law field. He has participated in over 70 lawsuits involving derivative, corporate, and securities matters and Chapter X corporate reorganizations and has achieved an excellent reputation in the field of class action representation. Mr. Susman's extensive litigation career includes,

**Securities Litigation**

- *In re Bank One Sec. Litig.*, No. 00-767 (N.D. Ill.) (Andersen, J.). Lead counsel for former shareholders of First Chicago NBD challenging Bank One Corporation's 1998 acquisition of First Chicago NBD under Sections 11 and 12 of the Securities Act of 1933 and Section

**SUSMAN HEFFNER & HURST LLP**

14 of the Securities Exchange Act of 1934. Class included some 300,000,000 shares. After defeating motion to dismiss, obtaining class certification, *see* 2002 WL 989454, at *9, and concluding fact and expert discovery, defendants settled for $120 million, at the time the second-largest securities settlement ever in the Seventh Circuit.

- *Endo v. Albertine*, No. 88-1815 (N.D. Ill.). Lead counsel in securities class action settled for $8 million on eve of trial in January 1998.

- *In re W.R. Grace Sec. Litig.*, No. 95-9003 (S.D.N.Y.). Co-lead counsel in $28 million settlement of securities class action in January 1998.

- *In re Phar-Mor, Inc., Sec. Litig.*, No. MDL 959 (W.D. Pa.). Represented institutional investors, including the Northern Trust, Kemper Securities, and Sumitomo Bank, in multi-district case involving federal and state claims arising out of massive accounting fraud. Favorable settlement in 1996 under seal.

- *In re Triangle Indus., Inc., S'holder Litig.*, No. 10466 (Del. Ch. 1990). Co-lead counsel in shareholder litigation settled for $75 million.

- *Siegman v. Tri-Star Pictures*, No. 9477 (Del. Ch. 1993). Co-lead counsel in class and derivative action challenging Coca-Cola's sale of Columbia Pictures to Tri-Star. Judgment for defendants reversed on appeal to Delaware Supreme Court and remanded for trial. Settled eve of trial for $22.5 million.

**ERISA Litigation**

- *Young v. Verizon's Bell Atlantic Cash Balance Plan*, No. 05-7314 (N.D. Ill.) (Denlow, Mag. J.). Lead counsel in class action alleging that plan sponsor and administrator made multi-billion-dollar error in calculating plan participants' opening balances in conversion from traditional pension plan to cash balance plan.

- *In re Sears Retiree Group Life Ins. Litig.*, No. 97-7453 (N.D. Ill.). Co-lead counsel in ERISA class action on behalf of 80,000 Sears retirees. Settlement conferring between $30 million and $200 million in benefits approved March 5, 2002.

- *Kiefer v. Ceridian Corp.*, 976 F. Supp. 829 (D. Minn. 1997). Lead counsel in $51 million settlement of ERISA class action reached in October 1997, three weeks before trial.

- *Carter v. Ret. Plan of Texaco, Inc.*, No. 99-0114 (S.D.N.Y.). Lead counsel in $10 million settlement of ERISA class action on behalf of 10,000 plan participants. Settled October 10, 2000.

- *Steiner v. Control Data Sys., Inc.*, No. 98-1489 (D. Minn). Lead counsel in $4.25 ERISA class action settlement affecting some 700 plan members in July 1999.

# SUSMAN HEFFNER & HURST LLP

**Corporate Governance & Fiduciary Duty Litigation**

- *O'Malley v. Boris*, 742 A.2d 845 (Del. Supr. 1999). Lead counsel in class action involving breach of investment broker's fiduciary duties to 269,000 clients. Case settled on day of trial following Delaware Supreme Court's reversal of Chancery Court's dismissal of suit and Chancery Court's subsequent grant of summary judgment on liability in favor of plaintiffs. *See* 2002 WL 453928 (Del. Ch.) (granting summary judgment); 2001 WL 50204 (Del. Ch.) (granting class certification).

- *Canel v. Lincoln Nat'l Bank*, 1998 WL 1760544 (N.D. Ill. 1998). Squeeze-out merger class action involving bank acquisition. Settled in 2000.

- *Schelly v. Mfrs. Nat'l Corp.*, No. 99-00820 (Cir. Ct. Cook County, Ch. Div.). Breach of fiduciary duty action on behalf of minority shareholders in bank. Settled in 2000.

- *Siegman v. Columbia Pictures*, No. 11152 (Del. Ch. 1994). Co-lead counsel in class action challenging the sale of Columbia Pictures to Sony under Section 203 of the Delaware General Corporate Law. Settled for $3 million.

- *Malone v. Brincat*, 722 A.2d 5 (Del. Supr. 1998). Co-lead counsel in landmark decision allowing class of non-purchaser stockholders of Mercury Finance Company to bring action for breach of fiduciary duty of disclosure.

In addition to the cases noted above, Mr. Susman has participated in the following reported cases: *DiLeo v. Ernst & Young*, 901 F.2d 624 (7th Cir. 1990); *Lister v. Stark*, 890 F.2d 941 (7th Cir. 1989); *Alexander v. Centrafarm Group, N.V.*, 124 F.R.D. 178 (N.D. Ill. 1988); *Colan v. Cutler-Hammer, Inc.*, 812 F.2d 357 (7th Cir. 1987); *Panter v. Marshall Field & Co.*, 646 F.2d 271 (7th Cir. 1981); *In re Republic Nat'l Life Ins. Co.*, 73 F.R.D. 658 (S.D.N.Y. 1977); *Winokur v. Bell Fed. Savs. & Loan Ass'n*, 560 F.2d 271, *reh'g denied*, 562 F.2d 1034 (7th Cir. 1977); *Adams v. Jewel*, 63 Ill.2d 336 (Ill. 1976); *Mathews Fund, Inc. v. Colwell Co.*, 564 F.2d 780 (7th Cir. 1977); *In re TransOcean Tender Offer Secs. Litig.*, 427 F. Supp. 1208 (N.D. Ill. 1977), 427 F. Supp. 1211 (N.D. Ill. 1977), 455 F. Supp. 999 (N.D. Ill. 1978), 415 F. Supp. 382 (J.P.M.L. 1976), and 78 F.R.D. 682 (N.D. Ill. 1978); *King v. Kansas City Southern Indus., Inc.*, 519 F.2d 20 (7th Cir. 1975), *aff'g* 56 F.R.D. 96 (N.D. Ill. 1976); *Girsh v. Jepson*, 521 F.2d 153

SUSMAN HEFFNER & HURST LLP

(3d Cir. 1975), *rev'g* 64 F.R.D. 86 (E.D. Pa. 1974); *Swanson v. Am. Consumers Indus., Inc.*, 415 F.2d 1326 (7th Cir. 1969), 475 F.2d 516 (7th Cir. 1973), and 517 F.2d 555 (7th Cir. 1975).

Among Mr. Susman's unreported cases are *Brody v. Occidental Petroleum Corp.*, No. 1-823 (Del. Ch. 1990) (challenging corporate donation to art museum); *Windsor Indus. Secs. Litig.*, No. 85-4196 (N.D. Ill. 1990) (reaching $2.5 million settlement as lead counsel); *Atlanta West Hosp. Bondholders Litig.*, No. 76-388 (S.D. Ohio 1983) (winning $19.3 million jury award as co-lead counsel).

Mr. Susman is a 1958 graduate of Northwestern Law School, where he was a member of the Law Review and a member of the Order of the Coif.

MATTHEW T. HEFFNER focuses his practice on complex and class-action litigation. Mr. Heffner has been nationally-recognized as a class-action litigator, quoted in newspapers across the country, recently interviewed for the ABA Litigation News, and now serves as co-chair of the Rule 23 Subcommittee of the ABA's Class Action and Derivative Suit Committee. For ethical standards and legal ability, Mr. Heffner has received the highest possible recognition by Martindale-Hubbell's Peer Review Ratings—AV Preeminent. Mr. Heffner has litigated a wide array of issues in his career, including,

**Securities Litigation**

- *Miller v. Dyadic Int'l Inc.*, No. 07-80948 (S.D. Fla.) (Dimitrouleas, J.). Mr. Heffner was lead counsel in this securities fraud class action arising out of the defendants' alleged failure to disclose material facts regarding financial improprieties at its Hong Kong subsidiary. The case settled for $4.8 million in 2010, representing nearly half of the corporation's then-current assets.

- *In re AHM Secs. Litig.*, No. 007-MD-1898 (E.D.N.Y.). Served as Plaintiffs' counsel and filed first complaint seeking damages from issuer's accountants in securities case arising out of subprime mortgage litigation. Settled for $37.25 million in October 2009.

## SUSMAN HEFFNER & HURST LLP

- *In re Bank One Secs. Litig.*, No. 00-767 (N.D. Ill.) (Andersen, J.). Mr. Heffner served as the Plaintiffs' Liaison Counsel for the three separate class actions in this matter, and was the lead associate on the record-setting $120 million case involving the merger of First Chicago/NBD and Bank One.

**ERISA Litigation**

- *Young v. Verizon's Bell Atl. Cash Balance Plan*, No. 05-7314 (N.D. Ill.) (Denlow, Mag. J.). Mr. Heffner served as co-lead counsel in this action involving one of the largest pension miscomputations in history. Mr. Heffner and the attorneys of Susman Heffner & Hurst LLP succeeded in a trial on the papers, convincing the court of their interpretation of a defined benefit calculation.

- *Nelson v. UBS Global Asset Mgmt.*, No. 03-6446 (N.D. Ill.) (Kocoras, J.). Mr. Heffner was a member of the trial team that settled this ERISA class action for $7 million (losses were estimated at $18 million). Plaintiffs alleged breaches of fiduciary duty in investment practice by one of the world's largest institutional investment managers. The case settled on the first day of trial.

**Corporate Governance & Fiduciary Duty Litigation**

- *In re: PNB Holding Co. S'holder Litig.*, No. 028-N (Del. Ch.) (Strine, V.C.). Mr. Heffner served as lead trial counsel in this shareholder action challenging the S-Corporation conversion of a community bank in downstate Illinois. Mr. Heffner secured a seven-figure verdict in the class's favor and, in the process, created new law regarding S-Corp. conversions for Delaware corporations.

Mr. Heffner has also served as the CLE/Seminar coordinator for the Chicago Bar Association's Securities Law Committee, and is an active member of the Federal Trial Bar.

Mr. Heffner is admitted in the following jurisdictions:

- Illinois
- Texas
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Northern District of Illinois
- U.S. Eastern District of Michigan
- U.S. Southern District of Texas
- U.S. Supreme Court

Born and raised in Elkhart, Indiana, Mr. Heffner attended Indiana University as a National Merit Scholar and Arthur R. Metz Scholar. Mr. Heffner studied philosophy, physics,

**SUSMAN HEFFNER & HURST LLP**

and mathematics at Indiana and graduated with honors in 1994. Mr. Heffner then attended the University of Texas School of Law as the Charles and Elizabeth Tigar Endowed Presidential Scholar in Law. Mr. Heffner earned his J.D. in 1997.

MATTHEW T. HURST concentrates his practice in securities, ERISA, and general class action litigation. Prior to joining the firm, Mr. Hurst practiced at a large national defense firm, where his clients included Illinois Tool Works, Peoples Energy, Hyundai, Mitsubishi, Volvo, AOL Time Warner, Ameritech/SBC, HCA, and Ty Inc. Many of these clients turned to Mr. Hurst in high stakes litigation. For example, Mr. Hurst helped litigate a $100 million public utility reconciliation dealing with the Enron collapse, and served as liaison counsel in a $1 billion products liability case. Mr. Hurst is currently litigating three *qui tam* cases on behalf of the State of Illinois seeking to recover tens of millions of dollars in unpaid revenue.

Furthermore, both Crain's Investment News and Money Management have sought Mr. Hurst's insight into constitutional issues related to his challenge of 529 college savings plans on the basis of discriminatory taxation principles. Besides these issues, Mr. Hurst has successfully litigated diverse and challenging cases, including,

**ERISA Litigation**

- *Young v. Verizon's Bell Atlantic Cash Balance Plan*, No. 05-7314 (N.D. Ill.) (Denlow, Mag. J.). Mr. Hurst litigated this ERISA class action alleging that Bell Atlantic made a multi-billion dollar error in calculating plan participants' opening balances when it converted from a traditional pension plan to a cash balance plan.

- *Schumacher v. AK Steel*, No. 09-794 (S.D. Ohio) (Beckwith, J.). Mr. Hurst is currently litigating this ERISA class action stemming from AK Steel's failure to perform a "whipsaw calculation" when converting employees' benefits. The case raises novel issues of whether a release obtained from class members, purporting to release "all claims," can validly waive the right to ERISA benefits when the fiduciary failed to inform participants of pending litigation.

**SUSMAN HEFFNER & HURST LLP**

- Conducted litigation against Arthur Anderson, during liquidation, to preserve retirement benefits of retired partners. Despite the threat of impending bankruptcy and absence of ERISA protections, litigation allowed clients to recover a portion of their benefits.

**Corporate Governance & Fiduciary Duty Litigation**

- *Robert F. Booth Trust v. Crowley et al.*, No. 09-5314 (N.D. Ill.) (Guzman, J.). Mr. Hurst is currently serving as liaison counsel on this derivative action against the board of Sears Holding Corporation. This action involves allegations that the defendants improperly allowed interlocking directors with competitor companies to serve on the Sears board in violation of Section 8 of the Clayton Act. Settlement has been reached and is awaiting approval.

- *In re: Netezza Co. S'holder Litig.*, No. 5858-VCS (Del. Ch.) (Strine, V.C.). Mr. Hurst currently serves as co-counsel in this derivative action involving both the fairness and disclosures made during the acquisition of the company by IBM. Settlement pendng.

- *In re: Huron Consulting Group S'holder Litig.*, No. 09 CH 30826 (Agran, J.). Mr. Hurst is currently serving as liaison counsel in this derivative action stemming from allegations of accounting fraud at Huron.

- *Newell v. Reddick, et al.*, No. 10 CH 46873 (Pantle, J.). Mr. Hurst is currently serving as liaison counsel in this derivative action against the directors and management of Acura Pharmaceuticals stemming from allegations of breach of fiduciary duty.

- *In re: PNB Holding Co. S'holder Litig.*, No. 028-N (Del. Ch.) (Strine, V.C.). Mr. Hurst served as co-counsel in this shareholder action challenging the S-Corporation conversion of a community bank in downstate Illinois. Litigation resulted in a seven-figure verdict in the class's favor.

**Miscellaneous Matters**

- Currently litigating three False Claims Act cases against major internet retailers for failure to collect and remit sales taxes despite a physical presence in the state.

- Established right of action for homeowners to bring suit against their homeowners' association to maintain common elements. *Willmschen v. Trinity Lakes Improvement Ass'n*, 362 Ill. App. 3d 546, 840 N.E.2d 1275 (2nd Dist. 2005).

    Mr. Hurst is admitted in the following jurisdictions:

    - Illinois
    - U.S. Supreme Court
    - U.S. Court of Appeals for the Second Circuit
    - U.S. Court of Appeals for the Seventh Circuit
    - U.S. District Court for Northern District of Illinois
    - U.S. District Court for Central District of Illinois

**SUSMAN HEFFNER & HURST LLP**

- U.S. District Court for Southern District of Illinois
- U.S. District Court for Eastern District of Wisconsin

In 1995, Mr. Hurst graduated from Skidmore College in New York, *summa cum laude* and *Phi Beta Kappa*, with honors in Government and Economics. He graduated from Northwestern University Law School in 1999, where he was on the Dean's List and coached teams for the Northwestern Mock Trial Institute. Mr. Hurst currently serves on the Judicial Evaluation Committee of the Chicago Bar Association.

## ASSOCIATES

GLENN L. HARA concentrates his practice in ERISA, securities, and constitutional class actions. Prior to joining Susman Heffner & Hurst LLP, Mr. Hara was a litigation associate at a regional defense litigation firm and Susman, Watkins & Wylie LLP. Currently, Mr. Hara is the chair of the Chicago Bar Association Class Litigation Committee. Mr. Hara's litigation experience includes the following:

- *Miller v. Dyadic Int'l Inc.*, No. 07-80948 (S.D. Fla.) (Dimitrouleas, J.). Mr. Hara was extensively involved in this securities fraud class action after SHH was appointed lead counsel in spring 2008. The case settled for $4.8 million in 2010.

- *Unclaimed Property Cases*: Mr. Hara has litigated a number of class actions on behalf of owners of unclaimed property against state governments, challenging their failure to pay interest when returning unclaimed property. In the Ohio case, Mr. Hara successfully argued before the Ohio Supreme Court, resulting in a unanimous decision holding that the state's failure to pay interest is unconstitutional.

- *Nelson v. UBS Global Asset Mgmt.*, No. 03-6446 (N.D. Ill.) (Kocoras, J.). Mr. Hara handled discovery and summary judgment briefing on this ERISA class action, which settled for $7 million on the first day of trial.

- Mr. Hara has handled a range of complex litigation matters, with an emphasis on consumer financial services class actions involving the federal Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Truth-in-Lending Act (TILA), and other federal and state laws regulating the consumer credit industry.

## SUSMAN HEFFNER & HURST LLP

Mr. Hara earned his undergraduate degree from DePaul University in 1991 and graduated, *cum laude*, from Loyola University Chicago School of Law in 2003, where he was student articles editor of the Loyola Consumer Law Review.

Mr. Hara is admitted to practice in the following jurisdictions:

- Illinois
- U.S. Court of Appeals for the Seventh Circuit
- U.S. District Court, Northern District of Illinois
- U.S. District Court, Southern District of Illinois
- U.S. District Court, Eastern District of Wisconsin

**OF COUNSEL**

WILLIAM T. GOTFRYD has served as plaintiffs' counsel and class counsel in a multitude of complex litigation settings. His primary field of concentration has been federal and state antitrust law, both as a business counselor and representing businesses and consumers in litigation. His typical clients have ranged in size from small family franchises to the Unilever family of companies.

Mr. Gotfryd's antitrust litigation expertise has included civil antitrust damage class actions in industries as diverse as the Phonograph Records and Tapes, Industrial Gases, Glass Containers for commercial bottling, Brand Name Prescription Drugs, Citric Acid, High Fructose Corn Syrup, and other industries. In active litigation, Mr. Gotfryd has helped recover well over a billion dollars from price fixers.

Mr. Gotfryd has also represented both individual plaintiffs and defendants in a variety of other civil actions, including antitrust, trade secret, copyright, ERISA, shareholder and personal injury actions.

In addition to an active private practice, Mr. Gotfryd has been an Adjunct Professor and Lecturer in antitrust law at Loyola University Chicago School of Law Health Care Institute

**SUSMAN HEFFNER & HURST LLP**

(L.L.M. program), and he still regularly guest lectures in complex litigation procedure in law school civil procedure classes and class action seminars. He is a past Director of Special Projects to Loyola University Chicago Law School, Institute for Consumer Antitrust Studies, and he remains a member of its Advisory Board. Mr. Gotfryd is a member of the Drug and Health Industry Sub-Committee of the American Antitrust Institute.

Mr. Gotfryd is the author of *Consumer Guide To Antitrust*, Institute for Consumer Antitrust Studies website (www.luc.edu); (with James B. Sloan) *Eliminating The 100 Mile Limit for Civil Trial Witnesses: A Proposal To Modernize Civil Trial Practice*, 140 F.R.D. 33 (1992) also in Vol. 38 No. 2 Trial Lawyers Guide 83 (1994); and *Hunt v. Blasius: A Gap In The Application Of The Illinois Strict Products Liability Theory*, 11 Loy. U. L.J. 147 (1979). He is also the author of published opinions in attorney discipline cases as a former Panel Chair, Hearing Board of Illinois Supreme Court Attorney Registration and Disciplinary Commission.

Mr. Gotfryd is admitted to the bars of the following courts:

- Illinois
- United States Supreme Court
- Third Circuit
- Seventh Circuit
- Tenth Circuit
- Eleventh Circuit
- United States District Court for the Northern District of Illinois
- United States District Court Eastern District of Wisconsin
- United States District Court Northern District of Oklahoma.

In 1977, Mr. Gotfryd obtained his Bachelor of Science degree from Loyola University Chicago (honors program) with a double major of anthropology and psychology. He obtained his J.D. in 1980 from the Loyola University Chicago School of Law, where he was a member of its law review.