# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Chris Bang, et al.

                        Plaintiff,

v.                                                  Case No.: 1:10−cv−05757
                                                         Honorable Virginia M. Kendall

Acura Pharmaceuticals, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 16, 2012:

      MINUTE entry before Honorable Amy J. St. Eve:In court hearing held on 2/16/2012. Motion for final approval and settlement [93] is granted. Draft orders to follow.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.